

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WILLIAM VAN VALLIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC.; CRST SPECIALIZED TRANSPORTATION, INC.; CRST INTERNATIONAL, INC.; ROBERT RISOR,<br><br>　　　　　Defendants. | Case No. 2:24-CV-00126-ABJ |

**ORDER GRANTING PLAINTIFF'S *UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT***

This matter is before the Court on Plaintiff's *Unopposed Motion for Leave to File Amended Complaint* ("*Motion*"). ECF No. 17. The Federal Rules of Civil Procedure provide for the liberal amendment of pleadings. *See* FED. R. CIV. P. 15(a)(2) ("The court should freely give leave when justice so requires."). And the Tenth Circuit has held that "[r]efusing leave to amend is generally only justified upon a showing of undue delay, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or undue prejudice to the opposing party, or futility of amendment…." *Castleglenn, Inc. v. Resolution Trust Co.*, 984 F.2d 1571, 1584–85 (10th Cir. 1998).

Here, Plaintiff seeks to amend his *Complaint* "to reflect the appropriate Defendants." ECF No. 17 ¶ 5. When Plaintiff filed his *Complaint* in June 2024, he listed CRST Specialized Transportation, Inc. and CRST International, Inc. *Id.* ¶ 1. However, after consulting with defense counsel, Plaintiff learned that those entities were not involved in

the crash that injured him. *Id.* ¶ 3. The prospective amendment—which Defendants do not oppose—would remove the aforementioned defendants and add "CRST Expedited, Inc., including CRST Expedited, Inc. d/b/a CRST The Transportation Solution." *Id.* ¶ 4.

Here, the Court finds that such an amendment is permissible under Rule 15(a)(2); further, the Court cannot find any bad faith motive, or the like, that would preclude amendment. *See Castleglenn*, 984 F.2d at 1584–85.

**THEREFORE, IT IS ORDERED** that Plaintiff's *Motion* (ECF No. 17) is **GRANTED**. Plaintiff shall formally file his *Amended Complaint* on CM/ECF by November 22, 2024. Upon service of the amended pleading, Defendants shall have 14 days to respond. *See* FED. R. CIV. P. 15(a)(3).

Dated this 19th day of November, 2024.

_____
Scott P. Klosterman
United States Magistrate Judge